

August 3, 2011

Clerk, United States Bankruptcy Court
Western District of Washington
Tacoma Division

## REQUEST FOR SERVICE OF NOTICES

RE: Debtor(s) : Leonard Christopher Libby and Bobbie Jean Tedtaotao Camacho
    Case Number : 11-46042
    Chapter : 13
    Secured Creditor : HSBC Mortgage Services, Inc.
    Loan Number : 0176

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

        HSBC Mortgage Services, Inc.
        c/o Aldridge Connors LLP
        Bankruptcy Department
        780 Johnson Ferry Road, # 600
        Atlanta, Georgia  30342-0076

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ John D. Schlotter
        John D. Schlotter, Esq.
        Agent for HSBC Mortgage Services, Inc.

cc: Debtor's Counsel
    Trustee
    United States Trustee

780 Johnson Ferry Road NE
Suite 600
Atlanta, Georgia 30342

P:  678.894.3400
F:  678.510.7477